# United States District Court
# Eastern District of North Carolina



FILED
MAR 15 2001
DAVID W. _____, CLERK
U.S. DISTRICT COURT
E. DIST. NC ____

MONTOYA DONTAE SHARPE
    Petitioner
v.
MICHAEL T.W. BELL
    Respondent(s)

**Judgment in a Civil Case**

Case Number: 5:99-HC-856-BO

3+p 337

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that the writ is denied and the case is remanded to the state court for further proceedings.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, MARCH 15, 2001 AND COPIES MAILED TO:

Kristin Parks
North Carolina Prisoner Legal Services, Inc.
P.O. Box 25397
Raleigh, NC 27611

Diane Reeves
NC Department of Justice
P.O. Box 629
Raleigh, NC 27602

| | |
|---|---|
| March 15, 2001 | David W. Daniel |
| Date | Clerk |
| Raleigh, North Carolina | _/s/ McDowell_ (by) Deputy Clerk |