IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-HC-856-BO

| | |
|---|---|
| MONTOYA DONTAE SHARPE, <br> Petitioner <br><br> v. <br><br> MICHAEL T. W. BELL, <br> Appellee. | ORDER |

This matter is before the Court on petitioner's Petition to Compel Further Evidentiary Hearings in this case. On December 22, 1999, petitioner Sharpe filed the present habeas petition. This Court held an evidentiary hearing on the matter and on March 15, 2001, this Court issued an Order denying petitioner's habeas claim at present. This Court found that the state proceedings were constitutionally suspect but that Sharpe was making a claim of actual innocence based upon newly discovered evidence in his habeas petition. Because North Carolina law allows for further proceedings to adjudicate claims of actual innocence under N.C.G.S. § 15A-1420(c), Sharpe has not fully exhausted his state claims as required under 28 U.S.C. § 2254(b)(1)(A). This Court then remanded this case to state court for further proceedings to adjudicate Sharpe's claim of actual innocence.

Sharpe now moves this Court to compel the state court to schedule further evidentiary proceedings. Sharpe argues that it is the respondents' duty under this Court's March 15, 2001, Order to docket and schedule further proceedings. Under N.C.G.S. § 15A-1415(c), the defendant must make a MAR based on new evidence or a claim of actual innocence. Furthermore, because

1

Sharpe is introducing new evidence to support his claim of actual innocence, the onus is on him to initiate these proceedings in state court and present this evidence to the state court. Thus, because this Court found no constitutional violations in the state courts and determined that the petitioner had failed to exhaust his remedies in state court, the petitioner must initiate these proceedings in state court. Petitioner's motion is DENIED.

SO ORDERED

This 6th day of August, 2001.

*[signature]*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 5:99-hc-00856-BO    Document 32    Filed 08/08/01    Page 2 of 2